UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALAN CRAIG BRECHLIN, | No. ED CV 07-1185 PA (FFM) |
| Petitioner, | |
| | JUDGMENT |
| v. | |
| J. WEIGLE, Officer, *et al.*, | |
| Respondents. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: August 16, 2008

---
PERCY ANDERSON
United States District Judge